# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Hormel Foods Corp.

Plaintiff,

Civil 01-714 PAM

v.

**ORDER OF DISMISSAL**

Custino's Supreme Quality Food Products Inc.

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 10, 2002

**JUDGE PAUL A. MAGNUSON**
**United States District Court**

FILED APR 1 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________