**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO. 01-714 (PAM/JGL)**

HORMEL FOODS CORPORATION,

Plaintiff,

v.

CUSTINO'S SUPREME QUALITY FOOD PRODUCTS, INC.,

Defendant.

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ordered that judgment be entered as follows:

1. Awarding to Hormel Foods Corporation and against Custino's Supreme Quality Food Products, Inc., the sum of $134,898.11;
2. Dismissing without prejudice the counterclaims of Custino's Supreme Quality Food Products, Inc.;
3. Each party shall bear its own costs and disbursements.

Let judgment be entered accordingly.

Dated: April 19, 2002.

By the Court

STP:96200.1/33082-31

APR 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 19 2002
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO. 01-714 (PAM/JGL)**

HORMEL FOODS CORPORATION,

Plaintiff,

v.

CUSTINO'S SUPREME QUALITY FOOD PRODUCTS, INC.,

Defendant.

**STIPULATION AND AGREEMENT**

Hormel Foods Corporation and Custino's Supreme Quality Food Products, Inc., by and through their undersigned attorneys, do hereby stipulate and agree as follows:

1. The Court may enter an order in this matter:

   a. Awarding a money judgment in favor of Hormel Foods Corporation and against Custino's Supreme Quality Food Products, Inc., in the sum of $134,898.11, and

   b. Dismissing the counterclaims of Custino's Supreme Quality Food Products, Inc., without prejudice.

2. Custino's Supreme Quality Food Products, Inc., expressly agrees that in the event any of the counterclaims that were or that could have been asserted in this matter are re-asserted by Custino's Supreme Quality Food Products, Inc., or by anyone on its behalf, or by an assignee or other successor in interest of Custino's Supreme Quality Food Products, Inc., the exclusive jurisdiction and exclusive venue for such claims shall be in

the Federal District Court for the District of Minnesota, Fourth Division, Minneapolis, Minnesota.

Dated: April 8, 2002.

Larry A. Hanson, #40952 (MN)
James E. Blaney #227626 (MN)
Moore, Costello & Hart, P.L.L.P.
1400 Norwest Center
55 East Fifth Street
Saint. Paul, Minnesota 55101-1792
Telephone: (651) 227-7683
Attorneys for Hormel Foods Corporation

Dated: April 5, 2002.

Craig P. Miller
Gray, Plant, Mooty, Mooty & Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800
Attorneys for Custino's Supreme Quality Food Products, Inc.

STP:96196.1/33082-31