# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Hormel Foods Corporation

Plaintiff

v.

Custino's Supreme Quality
Food Products, Inc.

Defendants

Case No. Civil 01-714 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Awarding to Hormel Foods Corporation and against Custino's Supreme Quality Food Products, Inc. the sum of $134,898.11. Dismissing without prejudice the counterclaims of Custino's Supreme Quality Food Products, Inc. Each party shall bear its own costs and disbursements.

DATE: April 19, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

39